■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD LEE, Appellant. [931 NYS2d 502]—

The court provided a sufficient reduction of sentence pursuant to CPL 440.46, and we perceive no basis for a further reduction. Concur—Andrias, J.P., Sweeny, Acosta, Freedman and Manzanet-Daniels, JJ.

■ LOLA M. ROSS, Appellant, v AXA FINANCIAL, INC., et al., Respondents, et al., Defendant. [931 NYS2d 504]—

The court properly admitted the unredacted "aided report" because there was sufficient evidence that plaintiff was the source of the information therein, including the location of the accident (*see Martinez v New York City Tr. Auth.*, 41 AD3d 174, 175 [2007]; *see also McDermott v Barker*, 20 AD2d 546 [1963]). In light of this and the other evidence presented at trial, the verdict was not contrary to the weight of the evidence. Concur—Andrias, J.P., Sweeny, Acosta, Freedman and Manzanet-Daniels, JJ.